**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**

STEVEN A. GRIFFIN JR.,

Plaintiff,

v.

KARMEN & MICHAELS FINANCIAL GROUP, LLC,

Defendant.

_________________________________/

CIVIL ACTION NO.: 17-cv-60580
DIMITROULEAS/Snow

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, STEVEN A. GRIFFIN, JR. by and through his undersigned counsel, hereby dismisses this cause against Defendant KARMEN & MICHAELS FINANCIAL GROUP, LLC, with prejudice, except to enforce the terms of the parties Confidential Settlement Agreement and Full Release.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered via Regular U.S. Mail and email to: mkearney@mks-law.com, Mark T. Kearny, Esq., MKSmith Law Group, 9891 Irvine Center Drive, Suite 200, Irvine, CA 92618, this 18th day of April, 2017.

LAW OFFICES OF JORDAN I. WAGNER, P.A.
2400 East Commercial Blvd., Suite 820
Fort Lauderdale, Florida 33308
Telephone: 954-491-9186
Facsimile: 954-692-9186

By:___/S/____________________
Jordan Wagner, Esq.
Fla. Bar No.: 42775
jiw@jordanwagnerlaw.com