UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60580-CIV-DIMITROULEAS/SNOW

STEVEN A. GRIFFIN JR.,

Plaintiff,

vs.

KARMEN & MICHAELS FINANCIAL GROUP, LLC,

Defendant.
_______________________________________/

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the Voluntary Dismissal With Prejudice [DE 6] (the "Notice"), filed herein on April 18, 2017. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 6] is hereby **APPROVED**;
2. This action is **DISMISSED with prejudice**;
3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 19th day of April, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record